UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN RACHELL DUCKSWERT,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner Of Social Security,<br><br>Defendant. | No. 2:17-cv-0779 AC<br><br><br><br>ORDER |

On January 26, 2018, this court granted Plaintiff an extension of time to February 11, 2018 to file his motion for summary judgment. ECF 17. That deadline has now passed, and Plaintiff has not filed the anticipated motion. Good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall show cause, within 14 days, why his failure to file a motion for summary judgment should not be deemed a waiver of the right to file such a motion at any time, and why this case should not be dismissed for failure to prosecute

DATED: February 20, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE