| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA |
| 10 | |

| | | |
|---|---|---|
| 11 | DAWN RACHELL DUCKSWERT, | No. 2:17-cv-0779 AC |
| 12 | Plaintiff, | |
| 13 | v. | ORDER |
| 14 | NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| 15 | | |
| 16 | Defendant. | |

17

18    On February, 20, 2018, the court ordered plaintiff to show cause for plaintiff's failure to

19  timely file a motion for summary judgment. ECF No. 19. Plaintiff has now filed the motion for

20  summary judgment. ECF No. 20. For good cause shown, IT IS HEREBY ORDERED that the

21  Order To Show Cause (ECF No. 19) is hereby DISCHARGED in its entirety.

22  DATE: March 7, 2018

23  _allison Claire_____

24  ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE

25

26

27

28