MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8934
    Facsimile: (415) 744-0134
    E-Mail: Shea.Bond@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| DAWN ZUCKSWERT,<br><br>    Plaintiff,<br><br>vs.<br>NANCY A. BERRYHILL,<br>Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:17-cv-00779-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from April 4, 2018, to May 4, 2018. This is Defendant's first request for an extension of time to respond to Plaintiff's motion.

    Defendant respectfully requests this additional time to respond to the arguments and points raised in Plaintiff's motion. This request is made in good faith with no intention to unduly

delay the proceedings, and counsel apologizes for any inconvenience. Plaintiff does not oppose the requested extension.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: April 3, 2018   */s/ Robert Weems*
(*as authorized via email on April 3, 2018)
ROBERT WEEMS
Attorney for Plaintiff

Dated: April 3, 2018   MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Shea Lita Bond*
SHEA LITA BOND
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: April 3, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE